NUMBER 13-04-112-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
TEOFILO NORBERTO FLORES,                                            Appellant,

v.

TEXAS DEPARTMENT OF PUBLIC SAFETY,                          Appellee.
____________________________________________________________________

On appeal from County Court at Law No. 3 
of Cameron County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, TEOFILO NORBERTO FLORES, perfected an appeal from a judgment
entered by County Court at Law No. 3 of Cameron County, Texas, in cause number
2003-CCL-852-C. After the record was filed, appellee filed a motion to dismiss the
appeal as moot. Appellee contends that this appeal is moot because appellant’s
license to carry a concealed handgun expired on February 13, 2005, and there no
longer exists a justiciable controversy before the Court. Appellee requests that this
Court dismiss the appeal and order that the parties bear their respective costs herein.
         The Court, having considered the documents on file and appellee’s motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellee’s
motion to dismiss is granted, and the appeal is hereby DISMISSED AS MOOT.
                                                               PER CURIAM
Memorandum Opinion delivered and filed this
the 24th day of March, 2005.